IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 09-CIV-80156-HURLEY/HOPKINS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IRVING FREIBERG, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

The United States of America, by and through its undersigned counsel, R. Alexander Acosta, United States Attorney for the Southern District of Florida, and Irving Freiberg, jointly move for the entry of a final judgment in this above-captioned matter. In support, the parties allege:

1. The United States brought this action to reduce to judgment unpaid federal income taxes assessed against defendant Irving Freiberg for tax years 1995 through 2004.

2. Shortly after the filing of the complaint, the parties engaged in settlement negotiations and recently reached a final settlement agreement evidenced by a letter to the Defendant's attorney dated April 27, 2009 from the United States Department of Justice accepting an offer made by the Defendant through a letter from the Defendant's attorney to the United States Department of Justice dated April 20, 2009. The completion of the final settlement agreement, aside from the relief requested herein, obviates the need for further action in this case.

3. The parties jointly request that the Court enter the attached proposed final judgment in the principal amount of $14,386,821.50 as of April 8, 2009, plus all statutory additions accruing thereafter.

WHEREFORE, the parties move that the Court enter the attached final judgment and close this case.

|  |  |
|---|---|
|  | R. ALEXANDER ACOSTA<br>United States Attorney |
| /s/ Richard Paladino<br>RICHARD PALADINO<br>505 South Flagler Drive<br>Suite 1330<br>West Palm Beach, FL. 33401<br>Telephone: (561) 655-8980<br>Facsimile: (561) 655-9480<br>rp@rbdplaw.com | /s/ Richard D. Euliss<br>RICHARD D. EULISS<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 14198<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-5915<br>Facsimile: (202) 514-9868<br>Richard.D.Euliss@usdoj.gov |