IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 09-CIV-80156-HURLEY/HOPKINS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| IRVING FREIBERG, | ) |
| Defendant. | ) |

## Consent FINAL JUDGMENT

Final Judgment is hereby entered against Defendant, Irving Freiberg, and in favor of Plaintiff, United States of America, in the total amount of $14,386,821.50 as of April 8, 2009, plus all statutory additions accruing thereafter, for tax years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003 and 2004. The Judgment shall be marked satisfied by the United States if the Defendant satisfies all conditions of the final settlement agreement outlined by the United States Department of Justice in its agreement dated April 27, 2009.

Dated: May 7, 2009.

_____
DANIEL T. K. HURLEY
United States District Judge

cc: all counsel

**CLOSED CASE**